IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-310-F

| 360 MORTGAGE GROUP, LLC | § | |
|---|---|---|
| Plaintiff, | § | |
| vs. | § | ORDER |
| STONEGATE MORTGAGE CORPORATION, ET AL., | § | |
| Defendants | § | |

This matter is before the court on the Unopposed Motion of Plaintiff 360 Mortgage to add Lisa B. Glenn as a party defendant. That Motion is GRANTED.

IT IS THEREFORE ORDERED, that Lisa B. Glenn be added as a party defendant in this case. The Amended Complaint on file in this case and attached as Exhibit A to the Motion of 360 Mortgage is approved to be served on Lisa B. Glenn, and Lisa Glenn shall be served a summons attached to which is the Amended Complaint.

SO ORDERED. This the 13th day of November, 2014.

James C. Fox
Senior United States District Judge